IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANJUANA QUIROZ, Individually and on
Behalf of all Others Similarly Situated,

      Plaintiff,

v.                                                               No. 2:21-cv-1197 SMV/KRS

DCT ENTERPRISES OF NEW MEXICO, LLC,

      Defendant.

**ORDER QUASHING ORDER TO SHOW CAUSE**

**THIS MATTER** comes before the Court on its Order to Show Cause, (Doc. 4), entered May 4, 2022. The Court ordered Plaintiff to show cause by May 16, 2022 why this case should not be dismissed for failure to prosecute. On May 16, 2022, Plaintiff filed a Motion for Clerk's Entry of Default, (Doc. 5), and on June 14, 2022, the Clerk's Office entered a Clerk's Entry of Default as to the sole Defendant in this case, (Doc. 6). In light of these filings, the Court finds that Plaintiff has complied with the Court's Order to Show Cause, and the Order to Show Cause, (Doc. 4), is hereby QUASHED.

                                                             _____
                                                             KEVIN R. SWEAZEA
                                                             UNITED STATES MAGISTRATE JUDGE