IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

SANJUANA QUIROZ, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFF

vs.                             No. 2:21-cv-1197-KRS

DCT ENTERPRISES OF NEW MEXICO, LLC                     DEFENDANT

### DECLARATION OF JUAN RIVERA

I, Juan Rivera, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Juan Rivera, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of New Mexico.

3. I frequently work as a process server.

4. On December 21, 2021, I received a summons and Complaint from the Sanford Law Firm, for service on DCT Enterprises of New Mexico, LLC.

5. On January 12, 2022, I entered the establishment of Defendant listed on the Secretary of State's website, 110 Coors NW, Albuquerque, NM, 87120 in order to serve process on Defendant.

6. On that date, 110 Coors NW, Albuquerque, NM, 87120 was an active and operational Papa John's pizza restaurant location.

7. I arrived at the above establishment during regular working hours.

8. I asked for Charles V. Campbell and an employee stated that he was not

present.

9. I asked if any other officer was available to accept service.

10. Jeremy Roths was identified as the person in charge.

11. I served the summons and Complaint on Jeremy Roths.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this ~~28th~~ 17TH day of ~~February~~ MARCH, 2023.

*/s/ Juan Rivera*
JUAN RIVERA