IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

**SANJUANA QUIROZ,**  **PLAINTIFF**
**Individually and on Behalf**
**of All Others Similarly Situated**

vs.   No. 2:21-cv-1197-KRS-DLM

**DCT ENTERPRISES OF NEW MEXICO, LLC**   **DEFENDANT**

## DECLARATION OF SANJUANA QUIROZ

I, Sanjuana Quiroz, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Sanjuana Quiroz, and I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident and domiciliary of the State of New Mexico.

3. I was employed by DCT Enterprises of New Mexico, LLC ("Defendant"), from January of 2017 until April of 2019. Defendant owns and operates Papa John's franchises in New Mexico.

4. I worked for Defendant as an hourly-paid delivery driver. My employment caused me to drive to various places in New Mexico to perform deliveries.

5. Defendant required that I "clock out" from working inside the store and "clock in" as making deliveries when leaving the restaurant to make deliveries, thereby changing my hourly paid rate.

6. As a delivery driver, my primary duties were delivering goods to consumers.

7. I was required to maintain and pay for an operable, safe, and legally compliant automobile, while paying for related costs, gasoline, insurance, cell phone costs, and other necessary delivery equipment.

8. I was not reimbursed for any actual expenses and was not reimbursed at the IRS standard business mileage rate for the miles I drove. I completed approximately 2 to 3 deliveries per hour while working with a typical delivery anywhere from 1 to 30 miles away, with an average distance of 8 miles.

9. While making deliveries I averaged 2.5 deliveries an hour with an average distance of 16 miles round trip. Defendant received a "kickback" of $23.20 per hour ($0.58 per mile x 16 miles per delivery x 2.5 deliveries per hour).

10. I occasionally worked hours over 40 in a week and did not receive sufficient overtime premium because of the unreimbursed mileage expenses.

11. As a result of the unreimbursed mileage, automobile, and other job-related expenses incurred, I was deprived of minimum and overtime wages guaranteed to me by the FLSA.

12. Defendant owes me a total of $20,192.00 which is shown by a calculation of damages that is submitted as Exhibit 2. I am owed $10,096.00 in back wages for unpaid overtime premiums and minimum wages, and under the liquidated damages provisions of the Fair Labor Standards Act, I am owed an equal amount in liquidated damages.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 18th day of August, 2022.

*/s/ Sanjuana Quiroz*
**SANJUANA QUIROZ**