| Week End | Total Hours | Hours Driving | Deliveries per hour | Avg. Miles per delivery (roundtrip) | Total Miles | Fed. Reimb. Rate per mile | Kickback Damages | Damages with Liquidation |
|---|---|---|---|---|---|---|---|---|
| 12/7/2018 | 40 | 20 | 2.5 | 16 | 800 | $ 0.545 | $ 436.00 | $ 872.00 |
| 12/14/2018 | 40 | 20 | 2.5 | 16 | 800 | $ 0.545 | $ 436.00 | $ 872.00 |
| 12/21/2018 | 40 | 20 | 2.5 | 16 | 800 | $ 0.545 | $ 436.00 | $ 872.00 |
| 12/28/2018 | 40 | 20 | 2.5 | 16 | 800 | $ 0.545 | $ 436.00 | $ 872.00 |
| 1/4/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 1/11/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 1/18/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 1/25/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 2/1/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 2/8/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 2/15/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 2/22/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 3/1/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 3/8/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 3/15/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 3/22/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 3/29/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 4/5/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 4/12/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 4/19/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 4/26/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| 5/3/2019 | 40 | 20 | 2.5 | 16 | 800 | $ 0.580 | $ 464.00 | $ 928.00 |
| | | | | | | Total: | $ 10,096.00 | $ 20,192.00 |