IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Margaret I. Strickland**

**CASE NO.**   2:21-cv-01197-MIS-DLM                **DATE:**   Wednesday, October 11, 2023

**Time in court: 1 hour 1 minute**

**TITLE:** Quiroz v. DCT Enterprises of New Mexico, LLC

**COURTROOM CLERK:**   Erin McLaughlin          **COURT REPORTER:** Vanessa Alyce Chavez

( ) Albuquerque    (X) Las Cruces    ( ) Santa Fe    ( ) Roswell

( ) Bench warrant ordered            **INTERPRETER:**   none

**ATTORNEY PRESENT FOR PLAINTIFF**                **ATTORNEY PRESENT FOR DEFENDANT:**
**(appearing via Zoom):**
 Samuel Brown                                     N/a

**PLAINTIFF (appearing via Zoom):**
 Sanjuana Quiroz

**TYPE OF PROCEEDING:**    Hearing on [20] Second Motion for Default Judgment

**PROCEEDINGS:**

1:25 p.m. Court in session.

1:26 p.m. Mr. Brown responds to questions from the Court.

1:31 p.m. Court swears in Plaintiff Sanjuana Quiroz as witness. Court hears testimony from Plaintiff.

1:42 p.m. Court hears oral argument from Mr. Brown.

1:48 p.m. Ms. Quiroz responds to questions from the Court.

1:50 p.m. Court in recess.

1:56 p.m. Court back in session. Court hears additional argument from Mr. Brown.

1:58 p.m. Court in recess.

2:22 p.m. Court in session. Court grants Plaintiff's Second Motion for Default Judgment (ECF No. 20). Additional information about damages award to be included in forthcoming Minute

Order memorializing the Court's bench ruling. Court takes request for attorney's fees under advisement. Plaintiff's counsel directed to submit supplemental fees affidavit within seven (7) days.

<u>2:26 p.m.</u> Nothing further from Plaintiff. Court adjourns.