IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANJUANA QUIROZ, *Individually and on Behalf of All Others Similarly Situated*,

      Plaintiff,

v.    No. 2:21-cv-01197-MIS-DLM

DCT ENTERPRISES OF NEW MEXICO, LLC,

      Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Minute Order entered concurrently herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS **HEREBY ORDERED** that **FINAL DEFAULT JUDGMENT** in the amount of **$37,107.04** is entered in favor of Plaintiff as to the First Cause of Action contained in her Complaint (ECF No. 1) and Plaintiff's Second Cause of Action (Collective Action Claim for Violation of the FLSA) is **DISMISSED WITHOUT PREJUDICE**.

*[Signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE