IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

**SANJUANA QUIROZ, Individually and on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                    No. 2:21-cv-1197-KRS-DLM

**DCT ENTERPRISES OF NEW MEXICO, LLC**                    **DEFENDANT**

## NOTICE OF FILING OF SUPPLEMENTAL DECLARATION

Plaintiff Sanjuana Quiroz files this Notice of Filing of Supplemental Declaration to provide the Court with a declaration describing the work performed by Plaintiff's counsel in preparation for the October 11 hearing, as contemplated by the Court in its Minute Order, ECF No. 28.

Respectfully submitted,

**SANJUANA QUIROZ, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Samuel Brown*
Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 1 of 1
Sanjuana Quiroz, et al. v. DCT Enterprises of New Mexico, LLC
U.S.D.C. (D. N. Mexico) No. 2:21-cv-1197-KRS
Notice of Filing of Supplemental Declaration