**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SANJUANA QUIROZ, *Individually and on Behalf of All Others Similarly Situated*,

      Plaintiff,

v.                                                   No. 2:21-cv-01197-MIS-DLM

DCT ENTERPRISES OF NEW MEXICO, LLC,

      Defendant.

## **AMENDED FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a) and the Minute Order awarding fees entered concurrently herewith, the original Final Judgment entered in this action on October 16, 2023, is AMENDED to include an award of $9,530.26 in attorney's fees and costs to Plaintiff.

IT IS **HEREBY ORDERED** that **FINAL DEFAULT JUDGMENT** in the amount of **$46,637.30** ($37,107.04 in damages and $9,530.26 in attorney's fees and costs) is entered in favor of Plaintiff and against Defendant as to the First Cause of Action contained in Plaintiff's Complaint (ECF No. 1). Plaintiff's Second Cause of Action (Collective Action Claim for Violation of the FLSA) is **DISMISSED WITHOUT PREJUDICE**.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE